| | |
|---|---|
| TRAVIS MATTISON,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations,<br>Performing the duties and functions not<br>reserved to the Commissioner of Social<br>Security,<br><br>　　　Defendant. | Civil No. 3:17-CV-05803-MAT<br><br><br><br>ORDER |

UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>SEATTLE DIVISION

　　　Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge shall further evaluate the evidence of record and the claimant's residual functional capacity, and obtain supplemental evidence from a vocational expert to assist in resolving any conflicts pursuant to Social Security Ruling 00-4p.

DATED this 6th day of April, 2018.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov