UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TRAVIS ALLEN MATTISON, ) | Civil No. 3:17-cv-05803-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR EAJA FEES AND |
| ) | COSTS |
| NANCY A. BERRYHILL, Deputy ) | |
| Commissioner of Social Security for, ) | |
| Operations, ) | |
| ) | |
| Defendant, ) | |
| _____) | |

It is hereby ORDERED that attorney fees in the amount of $4,053.87, and expenses in the amount of $5.57 (postage), for a total of $4,059.44, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs in the amount of $411.00 (court filing $400.00, photocopies $11.00) should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. See Astrue v. Ratliff, 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Teal M. Parham, based upon Plaintiff's assignment of these amounts to

ORDER FOR EAJA FEES & COSTS [3:17-cv-05803-MAT] -1

Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Teal M. Parham at 910 12th Avenue - PO Box 757, Longview, WA 98632.

DATED this 2nd day of July, 2018.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/TEAL M. PARHAM
Teal M. Parham WSB #21954
Attorney for Plaintiff
Parham & Hall, PLLP
910 12th Avenue
Longview WA 98632
Telephone: (360) 423-3810
Fax: (360) 423-3812
E-mail: tealparham@parhamhall.com

ORDER FOR EAJA FEES & COSTS [3:17-cv-05803-MAT] -2